# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ANTONIOS DIMOULAS, ET AL.,** ) <br> ) <br> **PLAINTIFFS** ) <br> ) <br> V. ) <br> ) <br> **UNITED STATES OF AMERICA, ET AL.,** ) <br> ) <br> ) <br> **DEFENDANTS** | **CIVIL NO. 1:19-CV-536-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 9, 2019, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision After Review of Plaintiff's Complaint. The time within which to file objections expired on December 23, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's Complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 6TH DAY OF JANUARY, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**